**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bk. No. 12-17331 MDC** |
| **EDWARD FRANCKS** | : | |
| | : | **Chapter No.  13** |
| **Debtor** | : | |
| | : | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that the undersigned appears for **PENNYMAC LOAN**

**SERVICES, LLC** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and

9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 3966

RICHMOND STREET, PHILADELPHIA, PA 19137 with the mortgage recorded on April 28,

2009 Book 52056138 demands that all notices that are required to be given in this case and all

papers that are required to be served in this case, be given to and served upon the undersigned at

the office, post office address and telephone number set forth below.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or

otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect

to Debtor or the property on which Creditor holds a first mortgage lien.


October 3, 2016

                      /s/ Mario J. Hanyon, Esquire
                      Mario J. Hanyon, Esq., Id. No.203993
                      Phelan Hallinan Diamond & Jones, LLP
                      1617 JFK Boulevard, Suite 1400
                      One Penn Center Plaza
                      Philadelphia, PA 19103
                      Phone Number: 215-563-7000 Ext 31340
                      Fax Number: 215-568-7616
                      Email: mario.hanyon@phelanhallinan.com