United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-17331-mdc
Edward F Francks                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer         Page 1 of 2           Date Rcvd: Sep 08, 2017
                       Form ID: 138NEW        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db             +Edward F Francks,    3968 Richmond Street,    Philadelphia, PA 19137-1418
12823478       +Bank of America, N.A.,    7105 Corporate Drive PTX C-35,    Plano, TX 75024-4100
12925863        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12823479       +Bank of America, N.A.,    c/o KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
12823482       +Drexel Property Group,    2015 Locust St., Ste 100,    Philadelphia, PA 19103-5626
12823483       +Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
12823484        Experian NCAC,    P.O. Box 9556,    Allen, TX 75013
12823486       +PECO Customer Service Center,    2301 Market Street,    P.O. Box 8699,
                 Philadelphia, PA 19101-8699
13801550        PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 660929,    DALLAS, TX 75266-0929
12823487       +Philadelphia Gas Works,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2898
12823488       +Philadelphia Gas Works - BK Unit,    800 W. Montgomery Ave, 3rd Fl.,
                 Philadelphia, PA 19122-2898,    Attn: Carl McKenzie
12823489       +Philadelphia Gas Works - Legal Dept,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2898,
                 Attn: Gerald Clark, Esq.
12823490       +Police & Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
12823491       +RJM ACQ LLC,    575 Underhill Blvd, Ste 2,    Syosset, NY 11791-3426
12823492        TransUnion Consumer Relations,    P.O. Box 2000,    Chester, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12823480        E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:07     City of Philadelphia,
                 c/o Law Department,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12823481        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:53     Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
12823485        E-mail/Text: cio.bncmail@irs.gov Sep 09 2017 02:31:21     Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12839300       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
```
              ADAM  FOGARTY    on behalf of Debtor Edward F Francks afogarty@wwdlaw.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JONATHAN  KRINICK    on behalf of Debtor Edward F Francks jkrinick@wwdlaw.com,
               jkrinick@hotmail.com
```

```
District/off: 0313-2          User: Jennifer              Page 2 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Pennymac Loan Servicing LLC paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    Pennymac Loan Servicing LLC paeb@fedphe.com
         THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., et al... tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
         TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edward F Francks
    Debtor(s)

Bankruptcy No: 12−17331−mdc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17

30 − 29
Form 138_new