United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 12-17331-mdc
Edward F Francks                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Stacey          Page 1 of 1              Date Rcvd: Oct 16, 2017
                           Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2017.
db             +Edward F Francks,   3968 Richmond Street,   Philadelphia, PA 19137-1418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2017 at the address(es) listed below:
     ADAM   FOGARTY    on behalf of Debtor Edward F Francks afogarty@wwdlaw.com
     ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al...
      agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     JONATHAN   KRINICK    on behalf of Debtor Edward F Francks jkrinick@wwdlaw.com,
      jkrinick@hotmail.com
     JOSEPH ANGEO DESSOYE    on behalf of Creditor    Pennymac Loan Servicing LLC paeb@fedphe.com
     MARIO J. HANYON    on behalf of Creditor    Pennymac Loan Servicing LLC paeb@fedphe.com
     THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., et al... tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                       TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Edward F Francks  : Case No. 12−17331−mdc
      Debtor(s)

## ORDER
_____

    AND NOW, this day , October 16, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court